J. Nelson Thomas (admitted *pro hac vice*)
Michael J. Lingle (admitted *pro hac vice*)
Jessica L. Lukasiewicz (admitted *pro hac vice*)
Jonathan W. Ferris (admitted *pro hac vice*)
THOMAS & SOLOMON LLP
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540
nthomas@theemploymentattorneys.com
mlingle@theemploymentattorneys.com
jlukasiewicz@theemploymentattorneys.com
jferris@theemploymentattorneys.com

Adam B. Wolf (Bar No. 215914)
PEIFFER WOLF CARR & KANE
A PROFESSIONAL LAW CORPORATION
5042 Wilshire Blvd., No. 304
Los Angeles, CA 90036
Telephone: (415) 766-3545
awolf@pwcklegal.com

Attorneys for Plaintiffs

*Additional Counsel Listed On Following Page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KYSHA DREW AND JEANNIE JONES**, *individually and as representatives of the class*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **THE VONS COMPANIES, INC., VONS SHERMAN OAKS, LLC, SAFEWAY SOUTHERN CALIFORNIA, INC., SAFEWAY LEASING, INC., AND SAFEWAY, INC.,** <br><br> *Defendants*. | No. 8:20-CV-00347-DOE-JDE <br><br><br> **JOINT NOTICE OF SETTLEMENT IN PRINCIPLE PURSUANT TO LOCAL RULE 16-15.7** |

*Additional Counsel*

SHANNON R. BOYCE, Bar No. 229041
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583

ROD M. FLIEGEL, Bar No. 168289
ALISON S. HIGHTOWER, Bar No. 112429
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendants

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs Kysha Drew and Jeannie Jones and Defendants The Vons Companies, Inc., Vons Sherman Oaks, LLC, Safeway Southern California, Inc., Safeway Leasing, Inc., and Safeway, Inc., have reached a settlement in principle and have signed a Memorandum of Understanding (MOU) to resolve this action on a classwide basis. The Parties reached the settlement as part of negotiations involving several cases with similar legal and factual issues and overlapping representation by counsel, including *Sullivan v. Safeway Inc.*, 3:19-cv-03187-MMC (N.D. Cal.), *Gilman v. The Vons Companies, Inc.*, 8:20-cv-00681 (C.D. Cal.), and *Hutto v. Albertsons Companies, Inc.*, 1:19-cv-00412-BLW (D. Idaho). The Parties are working to formalize the terms of the MOU in a formal settlement agreement, and the Parties anticipate filing a motion to stay this case and adding the Parties to the Sullivan case in the Northern District of California for purposes of settlement approval.

Pursuant to the Court's Scheduling Notice (Dkt. No. 33) in the *Gilman v. The Vons Companies, Inc.* action indicating that the Court will vacate the Scheduling Conference if a Notice of Settlement is filed, the Parties respectfully request that the Court vacate the Scheduling Conference currently scheduled for August 31, 2020.

Respectfully submitted,

Dated: August 28, 2020

/s/ Jonathan W. Ferris
J. Nelson Thomas (admitted *pro hac vice*)
Michael J. Lingle (admitted *pro hac vice*)
Jessica L. Lukasiewicz (admitted *pro hac vice*)
Jonathan W. Ferris (admitted *pro hac vice*)

**THOMAS & SOLOMON LLP**

Adam B. Wolf
**PEIFFER WOLF CARR & KANE PLC**

*Attorneys for Plaintiffs*

Dated: August 28, 2020

/s/ Rod M. Fliegel
Shannon Boyce
Rod M. Fliegel
Alison S. Hightower

**LITTLER MENDELSON, P.C.**
*Attorneys for Defendants*

## SIGNATURE ATTESTATION

In accordance with Civil Local Rule 5-4.3.4, I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated: August 28, 2020

/s/ Rod M. Fliegel
Rod M. Fliegel

4836-2091-5913.1 001153.1729