J. Nelson Thomas (admitted *pro hac vice*)
Jessica L. Lukasiewicz (admitted *pro hac vice*)
Jonathan W. Ferris (admitted *pro hac vice*)
THOMAS & SOLOMON LLP
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540
nthomas@theemploymentattorneys.com
jlukasiewicz@theemploymentattorneys.com
jferris@theemploymentattorneys.com

Adam B. Wolf (Bar No. 215914)
PEIFFER WOLF CARR & KANE
A PROFESSIONAL LAW CORPORATION
5042 Wilshire Blvd., No. 304
Los Angeles, CA 90036
Telephone: (415) 766-3545
awolf@pwcklegal.com

Attorneys for Plaintiffs

Additional Counsel Listed On Following Page

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KYSHA DREW AND JEANNIE JONES,** *individually and as representatives of the class,*<br><br>*Plaintiffs*,<br><br>v.<br><br>**THE VONS COMPANIES, INC., VONS SHERMAN OAKS, LLC, SAFEWAY SOUTHERN CALIFORNIA, INC., SAFEWAY LEASING, INC., AND SAFEWAY, INC.,**<br><br>*Defendants*. | No. 8:20-CV-00347-DOE-JDE<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

NOTICE OF SETTLEMENT AND JOINT STIPULATION OF DISMISSAL WITH
PREJUDICE
CASE NO. 8:20-CV-00347-DOC-JDE

Pursuant to this Court's Order to Stay Proceedings (Dkt. No. 39), the Parties hereby notify the Court that the settlement in *Sullivan v. Safeway Inc.*, Case No. 19-cv-03187-MMC (N.D. Cal.) became finally effective on July 22, 2021. The court in *Sullivan* entered final approval on June 21, 2021 (Case No. 19-cv-03187, Dkt. Nos. 114 and 115), and no appeal has been filed.

Accordingly, pursuant to the terms of the settlement agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Kysha Drew and Jeannie Jones and Defendant The Vons Companies, Inc., Vons Sherman Oaks, LLC, Safeway Southern California, Inc., and Safeway, Inc. stipulate to voluntarily dismiss this action with prejudice, with each party bearing its own costs, expenses, and attorneys' fees, except as agreed upon in the settlement approved by the district court in *Sullivan* (Case No. 19-cv-03187, Dkt. Nos. 114 and 115). This stipulation of dismissal is signed by all parties who have appeared, and dismissal under Rule 41(a)(1)(A)(ii) is therefore appropriate.

**IT IS SO STIPULATED.**

DATED: July 26, 2021

*/s/* Jessica L. Lukasiewicz
J. Nelson Thomas (admitted *pro hac vice*)
Jessica L. Lukasiewicz (admitted *pro hac vice*)
Jonathan W. Ferris (admitted *pro hac vice*)

**THOMAS & SOLOMON LLP**


Adam B. Wolf
**PEIFFER WOLF CARR & KANE PLC**

          */s/* Alison S. Hightower
Shannon Boyce
Rod M. Fliegel
Alison S. Hightower

**LITTLER MENDELSON, P.C.**
*Attorneys for Defendants*

### FILER'S ATTESTATION

      Pursuant to Local Rule 5-4.3.4, I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 26, 2021          */s/* Jessica L. Lukasiewicz
                                          Jessica L. Lukasiewicz